RECEIVED
IN LAKE CHARLES, LA

JUN 16 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JOEL CARVER | CIVIL ACTION NO. 07-266<br>SECTION P |
| VS. | JUDGE MINALDI |
| CALCASIEU CORRECTIONAL<br>CENTER, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendants' Motion for Summary Judgment [doc. 30] be granted and that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as time-barred.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ___ day of _____ 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE